PIRCHES et al v. MENU FOODS INCOME FUND et al — Doc. 1 Att. 1
Apr-11-07 Case 1:07-cv-01686-NLH-AMD Document 1-2 Filed 04/10/2007 Page 1 of 4 F-590
Menu Foods Income Fund - Annual General Meeting — Page 1 of 2



# MENU FOODS INCOME FUND

**Recalled Dog Product Information**
Recall Information 1-866-895-2708

- Home
- Recall Information
- Press Release
- Cat Product Information
- Dog Product Information
- FAQ's for Consumers

Menu Foods Income
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1

**Variety or Multi-Packs:**

If you are in possession of a variety or multi-pack, please be sure to check the individual can or pouch rather than relying solely on the date coding on the side of the carton.

1. Americas Choice, Preferred Pets
2. Authority
3. Award  Last Updated: April 5, 2007
4. Best Choice
5. Big Bet
6. Big Red
7. Bloom
8. Cadillac
9. Companion  Last Updated: April 5, 2007
10. Demoulas Market Basket
11. Eukanuba Last Updated: April 5, 2007
12. Food Lion
13. Giant Companion  Last Updated: April 5, 2007
14. Great Choice  Last Updated: April 5, 2007
15. Hannaford
16. Hill Country Fare  Last Updated: April 5, 2007
17. Hy-Vee
18. Iams Last Updated: April 5, 2007
19. Laura Lynn
20. Loving Meals
21. Meijers Main Choice
22. Mighty Dog Pouch
23. Mixables  Last Updated: April 5, 2007
24. Nutriplan
25. Nutro Max
26. Nutro Natural Choice  Last Updated: April 5, 2007
27. Nutro Ultra  Last Updated: April 5, 2007
28. Nutro
29. Ol'Roy Canada  Last Updated: April 5, 2007
30. Ol'Roy US  Last Updated: April 5, 2007
31. Paws
32. Pet Essentials
33. Pet Pride - Good n Meaty  Last Updated: April 5, 2007

34. Presidents Choice  Last Updated: April 5, 2007
35. Price Chopper
36. Priority Canada
37. Priority US  Last Updated: April 5, 2007
38. Publix
39. Roche Brothers
40. Save-A-Lot Choice Morsels
41. Schnucks
42. Shep Dog
43. Springsfield Prize  Last Updated: April 5, 2007
44. Sprout
45. Stater Brothers  Last Updated: April 5, 2007
46. Stop & Shop Companion  Last Updated: April 5, 2007
47. Tops Companion  Last Updated: April 5, 2007
48. Wegmans Bruiser
49. Weis Total Pet
50. Western Family US
51. White Rose
52. Winn Dixie
53. Your Pet

© Copyright 2006, Menu Foods Income Fund, All Rights Reserved.
Best viewed using Internet Explorer.



# MENU FOODS INCOME FUND



Home
**Recall Information**
Press Release
Cat Product Information
Dog Product Information
FAQ's for Consumers

## Recalled Cat Product Information
### Recall Information 1-866-895-2708

Menu Foods Income
9 Falconer Drive
Streetsville, ON
Canada L5N 1B1

Variety or Multi-Packs:

If you are in possession of a variety or multi-pack, please be sure to check the individual can or pouch rather than relying solely on the date coding on the side of the carton.

1. Americas Choice, Preferred Pets
2. Authority Last Updated: April 5, 2007
3. Best Choice Last Updated: April 5, 2007
4. Companion Last Updated: April 5, 2007
5. Compliments Last Updated: April 5, 2007
6. Demoulas Market Basket
7. Eukanuba Last Updated: April 5, 2007
8. Fine Feline Cat
9. Food Lion
10. Foodtown
11. Giant Companion Last Updated: April 5, 2007
12. Hannaford
13. Hill Country Fare Last Updated: April 5, 2007
14. Hy-Vee
15. Iams Last Updated: April 5, 2007
16. Laura Lynn
17. Li'l Red
18. Loving Meals
19. Meijer's Main Choice
20. Nutriplan
21. Nutro Max Gourmet Classics Last Updated: April 5, 2007
22. Nutro Natural Choice Last Updated: April 5, 2007
23. Paws
24. Pet Pride Last Updated: April 5, 2007
25. Presidents Choice Last Updated: April 5, 2007
26. Price Chopper
27. Priority US
28. Save-A-Lot Special Blend
29. Schnucks
30. Science Diet Feline Savory Cuts Cans
31. Sophistacat Last Updated: April 5, 2007
32. Special Kitty Canada Last Updated: April 5, 2007
33. Special Kitty US Last Updated: April 5, 2007

34. Springfield Prize
35. Sprout
36. Stop & Shop Companion  Last Updated: April 5, 2007
37. Tops Companion  Last Updated: April 5, 2007
38. Wegmans  Last Updated: April 5, 2007
39. Weis Total Pet
40. Western Family US
41. White Rose
42. Winn Dixie

© Copyright 2006, Menu Foods Income Fund. All Rights Reserved.
Best viewed using Internet Explorer.