AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

KAREN PIRCHES and DINITRISE HICKS, on behalf of themselves and all others similarly situated,

V.

MENU FOODS INCOME FUND, a foreign corporation;
additional defendants on attachment A

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07cv 1685 (NLH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Streetsville, ON L5N 1B1, Canada

Additional defendants on attachment B

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

4/13/07

DATE

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

KAREN PIRCHES and DINITRISE HICKS, on
behalf of themselves and all others similarly
situated,

V.

MENU FOODS INCOME FUND,  a foreign
corporation;
additional defendants on attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07CV1685(NCH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Streetsville, ON L5N 1B1, Canada

Additional defendants on attachment B

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

# WILLIAM T. WALSH

_____
CLERK

_____
(By) DEPUTY CLERK

4/13/07
_____
DATE

🄰AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of _____ NEW JERSEY _____

| | |
|---|---|
| KAREN PIRCHES and DINITRISE HICKS, on behalf of themselves and all others similarly situated,<br>V.<br>MENU FOODS INCOME FUND, a foreign corporation;<br>additional defendants on attachment A | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:  07CV 1685 (NLH) |

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Streetsville, ON L5N 1B1, Canada

Additional defendants on attachment B

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

_____
CLERK

_____
(By) DEPUTY CLERK

DATE _____ 4/13/07 _____

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

KAREN PIRCHES and DINITRISE HICKS, on
behalf of themselves and all others similarly
situated,

V.

MENU FOODS INCOME FUND,  a foreign
corporation;
additional defendants on attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07cv1685 (NLH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Streetsville, ON L5N 1B1, Canada

Additional defendants on attachment B

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

## WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE   4/13/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

KAREN PIRCHES and DINITRISE HICKS, on
behalf of themselves and all others similarly
situated,

V.

MENU FOODS INCOME FUND, a foreign
corporation;
additional defendants on attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07CV 1685 (NLH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Streetsville, ON L5N 1B1, Canada

Additional defendants on attachment B

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

(By) DEPUTY CLERK

DATE    4/13/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY

KAREN PIRCHES and DINITRISE HICKS, on behalf of themselves and all others similarly situated,

V.

MENU FOODS INCOME FUND, a foreign corporation;
additional defendants on attachment A

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: O7CV 1685(NLH)

TO: (Name and address of Defendant)

MENU FOODS INCOME FUND
8 Falconer Drive
Streetsville, ON L5N 1B1, Canada

Additional defendants on attachment B

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. PINILIS
KAPLAN FOX & KILSHEIMER LLP
237 South Street
Morristown, NJ 07962

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

CLERK

(By) DEPUTY CLERK

DATE    4/13/07