Hill Wallack LLP
Attorneys at Law
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 924-0808
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Limited,
Menu Foods South Dakota, Inc.,
Menu Foods Holdings, Inc. and
Menu Foods Midwest Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN PIRCHES and DINITRISE HICKS, on behalf JAYME PITTSONBERGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS MIDWEST CORPORATION, a Delaware corporation; MENU FOODS SOUTH DAKOTA, INC., a Delaware corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS, INC., a New Jersey corporation; MENU FOODS LIMITED, a foreign corporation; and Does 1 through 100,<br><br>Defendants | Civil Action No.: 07-cv-01685 (NLH) (AMD)<br><br>ORDER |

THIS MATTER being presented to the Honorable Noel L. Hillman of the United States

District Court for the District of New Jersey by Gerard H. Hanson, Esq. on behalf of Hill

Wallack, attorneys for the moving party defendants; and the court having considered the papers submitted, and for good cause being shown:

IT IS on this _____ day of May, 2007 hereby ORDERED that this lawsuit is stayed pending the decision by the Judicial Panel on Multidistrict Litigation with respect to pending Motions to Transfer and Consolidate lawsuits identified as the "Pet Food Product Liability Litigation," bearing MDL Docket 1850.

 

_____
Noel L. Hillman, Judge
United States District Court