UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN PIRCHES and DINITRISE HICKS on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>  v.<br><br>MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS MIDWEST CORPORATION, a Delaware corporation; MENU FOODS SOUTH DAKOTA, INC., a Delaware corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS, INC., a New Jersey corporation; MENU FOODS LIMITED, a foreign corporation; and Does 1 Through 100,<br><br>              Defendants. | Case No. 1:07-cv-01685-NLH-AMD<br><br><br><br><br><br><br>CLASS ACTION<br>COMPLAINT<br><br><br><br><br>JURY TRIAL<br>DEMANDED |

ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Benjamin F. Johns of Chimicles & Tikellis LLP on behalf of Plaintiffs Karen Pirches and Dinitrise Hicks in the above-captioned matter.

Dated: April 30, 2007

                                                                 /s/
                                            Benjamin F. Johns (BJ 9832)
                                            CHIMICLES & TIKELLIS LLP
                                            361 West Lancaster Avenue
                                            Haverford, PA 19041
                                            (610) 642-8500