UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN PIRCHES and<br>DINITRISE HICKS<br>on behalf of themselves and all others<br>similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>MENU FOODS INCOME FUND,<br>a foreign corporation;<br>MENU FOODS MIDWEST<br>CORPORATION, a Delaware corporation;<br>MENU FOODS SOUTH DAKOTA, INC.,<br>a Delaware corporation;<br>MENU FOODS HOLDINGS, INC., a<br>Delaware corporation;<br>MENU FOODS, INC.,<br>a New Jersey corporation;<br>MENU FOODS LIMITED, a foreign<br>corporation;<br>and Does 1 Through 100,<br><br>          Defendants. | Case No. 1:07-cv-01685-NLH-AMD<br><br><br><br><br><br>CLASS ACTION<br>COMPLAINT<br><br><br><br>JURY TRIAL<br>DEMANDED |

ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Kimberly M. Donaldson of Chimicles & Tikellis LLP on behalf of Plaintiffs Karen Pirches and Dinitrise Hicks in the above-captioned matter.

Dated: April 30, 2007                          /s/
                                  Kimberly M. Donaldson (KD 3893)
                                  CHIMICLES & TIKELLIS LLP
                                  361 West Lancaster Avenue
                                  Haverford, PA 19041
                                  (610) 642-8500