UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN PIRCHES and DINITRISE HICKS on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>MENU FOODS INCOME FUND, a foreign corporation; MENU FOODS MIDWEST CORPORATION, a Delaware corporation; MENU FOODS SOUTH DAKOTA, INC., a Delaware corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS, INC., a New Jersey corporation; MENU FOODS LIMITED, a foreign corporation; and Does 1 Through 100,<br><br>     Defendants. | Case No. 1:07-cv-01685-NLH-AMD<br><br><br><br><br><br><br><br>CLASS ACTION COMPLAINT<br><br><br><br><br><br>JURY TRIAL DEMANDED |

ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS

TO THE CLERK OF THE COURT:

 Kindly enter the appearance of Joseph G. Sauder of Chimicles & Tikellis LLP on behalf of Plaintiffs Karen Pirches and Dinitrise Hicks in the above-captioned matter.

Dated: April 30, 2007         /s/
                  Joseph G. Sauder (JS 5756)
                  CHIMICLES & TIKELLIS LLP
                  361 West Lancaster Avenue
                  Haverford, PA 19041
                  (610) 642-8500